# United States District Court
# Central District of California

| | |
|---|---|
| FANTASTIC SAMS SALONS CORP.,<br><br>        Plaintiff,<br><br>   v.<br><br>FRANK MOASSESFAR; PARVANEH MOASSESFAR,<br><br>        Defendants, | Case No. 2:14-cv-06727-ODW(PJWx)<br><br>**ORDER TO SHOW CAUSE RE. LACK OF PROSECUTION** |

The Court is aware that the parties have stipulated to the termination of use of Plaintiff Fantastic Sams Salon Corp.'s trademarks, resolving the motion for preliminary injunction. (*See* ECF No. 27.) However, based on the Proofs of Service, answers were due on October 2, 2014. (ECF Nos. 15, 16.) But Defendants Frank and Parvaneh Moassessfar have not answered. Accordingly, the Court **ORDERS** Fantastic Sams **TO SHOW CAUSE**, in writing, **no later than Monday, November 10, 2014**, why this action should not be dismissed for lack of prosecution. No hearing will be held. This Order will be discharged upon the filing of an application for entry of default, or an answer from Defendants. If this action has settled in its entirety, the parties are required to inform the Court promptly. L.R. 16-15.7.

**IT IS SO ORDERED.**

November 3, 2014

_____
            **OTIS D. WRIGHT, II**
     **UNITED STATES DISTRICT JUDGE**