O

# United States District Court
# Central District of California

| | |
|---|---|
| FANTASTIC SAMS SALON CORP., | Case № 2:14-cv-06727-ODW (RZ) |
| Plaintiff, | |
| v. | **ORDER GRANTING IN PART** |
| FRANK MOASSESFAR; PARVANEH | **DEFENDANTS' EX PARTE** |
| MOASSESFAR, | **APPLICATION TO CONTINUE** |
| Defendants. | **THE TRIAL DATE [70]** |

On February 22, 2016, Defendants Frank Moassesfar and Parvaneh Moassesfar applied ex parte to the Court to continue the trial date for 120 days.  (ECF No. 70.) Plaintiff opposes the application.  (ECF No. 71.)  Upon considering the parties' papers, and good cause appearing, Fed. R. Civ. P. 16(b)(4); *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992), the Court **GRANTS** in part Defendants' application and **CONTINUES** the trial date and pre-trial deadlines as follows:

/ / /

/ / /

/ / /

| Event | Previous Date | New Date |
|---|---|---|
| Trial at 9:00a.m. | 4/5/16 | **6/7/16** |
| File Final Trial Exhibit Stipulation | 3/31/16 | **6/3/16** |
| Hearing on Motions in Limine at 1:30 p.m. | 3/28/16 | **6/6/16** |
| Final Pretrial Conference at 1:30 p.m.; Motions in Limine to be Filed; Proposed Voir Dire Questions & Agreed-to Statement of Case | 3/14/16 | **5/16/16** |
| Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation; File Trial briefs; File Contentions of Fact & Law; Exhibit & Witness Lists; File Status Report Regarding Settlement; File Agreed Upon Set of Instructions & Verdict Forms; File Joint Statement Regarding Disputed Instructions, Verdicts, etc. | 3/7/16 | **5/9/16** |

This Order does <u>not</u> in any way affect Plaintiff's pending Motion for Partial Summary Judgment.

**IT IS SO ORDERED.**

February 22, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**

2