**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| FANTASTIC SAMS SALON CORP., | Case № 2:14-cv-06727-ODW (Ex) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| FRANK MOASSESFAR; PARVANEH MOASSESFAR, | |
| Defendants. | |

On October 27, 2017, Plaintiff Fantastic Sams Salon Corp. filed this action against Defendants Frank Moassessfar and Parvaneh Moassesfar. (ECF No. 1.) Plaintiff asserted one claim for breach of contract and one claim for trademark infringement. (*Id.*) On March 8, 2016, the Court granted Plaintiff's motion for summary judgment with respect to liability on Plaintiff's claim for breach of contract. (ECF No. 75.) On March 28, 2017, the damages portion of Plaintiff's claim for breach of contract was tried to a jury. (ECF No. 112.) That same day, the jury rendered a verdict. (ECF No. 118.)

///
///
///

Based thereon, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. Plaintiff Fantastic Sams Corp. shall recover from Defendants Frank Moassessfar and Parvaneh Moassesfar, jointly and severally, the amount of $60,384.60.

2. Plaintiff Fantastic Sams Corp. shall recover from Defendants Frank Moassessfar and Parvaneh Moassesfar, jointly and severally, costs in an amount to be determined by a Bill of Costs.

3. The Court dismisses Plaintiff Fantastic Sams Corp.'s claim for trademark infringement without prejudice.

**IT IS SO ORDERED.**

April 11, 2017

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**