# United States District Court
# Central District of California

FANTASTIC SAMS SALON CORP.,

        Plaintiff,

     v.

FRANK MOASSESFAR; PARVANEH
MOASSESFAR,

        Defendants.

Case № 2:14-cv-06727-ODW (E)

**ORDER TO SHOW CAUSE RE:
FAILURE TO OPPOSE MOTION
FOR ATTORNEYS' FEES**

     On April 25, 2017, Plaintiff Fantastic Sams Salon Corp. moved for an award of attorneys' fees and costs in the amount of $94,107.66. The Motion is set for hearing on June 5, 2017. Under Local Rule 7-9, Defendants' opposition to the Motion was due on May 15, 2017.[1] To date, the Court has not received any opposition.

/ / /

/ / /

/ / /

/ / /

/ / /

---

   [1] Plaintiff erroneously suggests that Defendants' opposition was due on May 8, 2017. (ECF No. 131.)

The Court therefore **ORDERS** as follows:

(1)    On or before **May 29, 2017**, Defendants shall either:

        (a)    File and serve a written opposition to the Motion; or

        (b)    File a written explanation with the Court as to why they cannot submit a written opposition to the Motion, and why the Court should not rule on the Motion without hearing opposition from Defendants.

(2)    If Defendants file a timely opposition to the Motion, Plaintiff may file and serve a reply no later than **June 7, 2017**.

(3)    The Court deems the matter appropriate for decision without oral argument. Fed. R. Civ. P. 78(b); C.D. Cal. L.R. 7-15. Thus, the Court **VACATES** the hearing on the Motion. The Motion will be deemed under submission upon the completion of briefing or after expiration of the time in which to submit briefing, whichever is earlier.

**The Court cautions Defendants that failure to file a written opposition to the Motion or to provide an adequate explanation for failing to oppose the Motion may be deemed consent to the granting of the Motion in full. C. D. Cal. L.R. 7-12.**

///

///

///

///

///

///

///

///

///

///

The Court again advises Defendants that a Federal Pro Se Clinic is located in the United States Courthouse at 312 N. Spring Street, Room 525, Fifth Floor, Los Angeles, California 90012. The clinic is open for appointments on Mondays, Wednesdays, and Fridays from 9:30 a.m. to 12:00 p.m. and 2:00 p.m. to 4:00 p.m. The Federal Pro Se Clinic offers free, on-site information and guidance to individuals who are representing themselves in federal civil actions. For more information, Defendants may visit http://www.cacd.uscourts.gov and follow the link for "Pro Se Clinic—Los Angeles," or contact Public Counsel at 213–385–2977, extension 270. Defendants are encouraged to visit the clinic, or seek the advice of an attorney.

**IT IS SO ORDERED.**

May 16, 2017

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**